FILED
CLERK, U.S. DISTRICT COURT

MAR  9  2010

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION            BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OLUGBOYEGA ADEJUYIGBE,<br><br>    Petitioner,<br><br>  vs.<br><br>A. K. SCRIBNER, Warden,<br><br>    Respondents. | Case No. EDCV 05-1111-SVW (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Petitioner, <u>de novo</u>. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; and (2) denying the Petition and dismissing this action
3  with prejudice.

5  DATED: 3/9/10

HONORABLE STEPHEN V. WILSON
United States District Judge

8  Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge